1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

SACRAMENTO DIVISION

10

11

12 | DIRECTV, LLC, a California limited liability corporation,

CASE NO. 2:13-cv-02497-TLN-KJN

13 | Plaintiff,

ORDER GRANTING DIRECTV, LLC'S UNOPPOSED REQUEST TO SEAL DOCUMENTS

14 | vs.

15 | DISH ONE SATELLITE, LLC, a Utah limited liability corporation; MICHAEL
16 | HAMMOND, an individual; JEREMY HAMMOND, an individual; ALEXANDER
17 | AMINI, an individual; BLAKE JANSON, an individual; CODY YARDLEY, an individual;
18 | and DOES 2 through 20, inclusive,

19 | Defendants.

20

21

22

23

24

25

26

27

28

ORDER GRANTING DIRECTV LLC'S UNOPPOSED REQUEST TO SEAL DOCUMENTS

1    This Court, having considered Plaintiff's Unopposed Request to Seal Documents Pursuant

2  to Civ. L.R. 141, hereby GRANTS Plaintiff's motion.

3    Portions of the following documents shall be filed under seal, and Plaintiff is instructed to

4  file its proposed redacted versions of the following documents on the public docket:

5    • Declaration of Victim 1, name and home address to be redacted;

6    • Declaration of Victim 3, name and home address to be redacted;

7    • Declaration of Victim 4, name and home address to be redacted;

8    • Declaration of Victim 5, name and home address to be redacted;

9

10   • Declaration of Victim 6, name and home address to be redacted;

11   • Declaration of Victim 9, name and home address to be redacted;

12   • Declaration of Michael E. Williams In Support of DIRECTV, LLC's Motion for a

13     Preliminary Injunction ("Williams Declaration"), name of Victims' residence in ¶ 9

14     to be redacted;

15

16   • Exhibit H to the Williams Declaration, name and address of Victims' residence to

17     be redacted;

18   • Selected Pages from DIRECTV, LLC's Motion for Preliminary Injunction,

19     Defendant Blake Janson's phone number and name of Victims' residence to be

20     redacted; and

21   • Declaration of Manuel Escobar, Defendant Blake Janson's phone number to be

22     redacted.

23

24

25  IT IS SO ORDERED.

26  Dated: January 7, 2014

27                                               Troy L. Nunley
                                                 United States District Judge
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Submitted by:

*/s/ Michael E. Williams_____*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alicia Veglia (Bar No. 291070)
  aliciaveglia@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Plaintiff DIRECTV, LLC

ORDER GRANTING DIRECTV LLC'S UNOPPOSED REQUEST TO SEAL DOCUMENTS