1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DIRECTV, LLC, a California limited liability corporation, | CASE NO. 2:13-cv-02497-TLN-KJN |
|---|---|
| Plaintiff, | **ORDER CONTINUING ALL PENDING MOTIONS FOR SIXTY (60) DAYS WHILE THE PARTIES DISCUSS SETTLEMENT** |
| vs. | |
| DISH ONE SATELLITE, LLC, a Utah limited liability corporation; MICHAEL HAMMOND, an individual; JEREMY HAMMOND, an individual; ALEXANDER AMINI, an individual; BLAKE JANSON, an individual; CODY YARDLEY, an individual; and DOES 2 through 20, inclusive, | |
| Defendants. | |

1  Pursuant to the stipulation of the parties and for good cause being shown, all proceedings
2  in this matter are temporarily stayed and the hearing dates for (1) DIRECTV's Motion for
3  Preliminary Injunction; (2) Defendants' Motion to Dismiss and Strike; and (3) Defendants' Motion
4  to Dismiss or Stay Proceeding Pending Arbitration are continued for sixty (60) days.  The new
5  hearing date for DIRECTV's Motion for Preliminary Injunction and Defendants' Motions to
6  Dismiss will be on April 24, 2014 at 2:00 p.m.  The remaining briefing for each of these Motions
7  will be set pursuant to this new hearing date.
8  IT IS SO ORDERED.

Dated: January 22, 2014

_____
Troy L. Nunley
United States District Judge