UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California limited liability corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DISH ONE SATELLITE, LLC, a Utah limited liability corporation; MICHAEL HAMMOND, an individual; JEREMY HAMMOND, an individual; ALEXANDER AMINI, an individual; BLAKE JANSON, an individual; CODY YARDLEY, an individual; and DOES 2 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:13-cv-02497-TLN-KJN<br><br>**ORDER CONTINUING ALL PENDING MOTIONS FOR THIRTY (30) DAYS WHILE THE PARTIES DISCUSS SETTLEMENT** |

1  Pursuant to the stipulation of the parties and for good cause being shown, all proceedings in this matter are temporarily stayed and the hearing dates for (1) DIRECTV's Motion for Preliminary Injunction; (2) Defendants' Motion to Dismiss and Strike; and (3) Defendants' Motion to Dismiss or Stay Proceeding Pending Arbitration are continued for thirty (30) days.  The new hearing date for DIRECTV's Motion for Preliminary Injunction and Defendants' Motions to Dismiss will be on May 22, 2014 at 2:00 p.m.  The remaining briefing for each of these Motions will be set pursuant to this new hearing date.

**IT IS SO ORDERED.**

Dated: April 11, 2014

Troy L. Nunley
United States District Judge

Submitted by:

By:  /s/ Michael E. Williams                              By:  /s/ Richard R. Patch

Attorneys for Plaintiff DIRECTV, LLC

Attorneys for Defendants DISH ONE SATELLITE, LLC; MICHAEL HAMMOND; JEREMY HAMMOND; ALEXANDER AMINI; BLAKE JANSON; and CODY YARDLEY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alicia Veglia (Bar No. 291070)
  aliciaveglia@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

COBLENTZ PATCH DUFFY & BASS LLP
  Richard R. Patch (Bar No. 88049)
  ef-rrp@cpdb.com
  Jessica L. Grant (Bar No. 178138)
  ef-jlg@cpdb.com
  Sean Kiley (Bar No. 282075)
  ef-smk@cpdb.com
  Jeremiah J. Burke (Bar No. 253957)
  ef-jjb@cpdb.com
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:     (415) 391-4800
Facsimile:      (415) 989-1663