[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DISH ONE SATELLITE, LLC, a Utah limited liability corporation; MICHAEL HAMMOND, an individual; JEREMY HAMMOND, an individual; ALEXANDER AMINI, an individual; BLAKE JANSON, an individual; CODY YARDLEY, an individual; and DOES 2 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02497-TLN-KJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Troy L. Nunley |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff DIRECTV, LLC ("DIRECTV") and Defendants Dish One Satellite, LLC, Michael Hammond, Jeremy Hammond, Alexander Amini, Blake Janson and Cody Yardley (collectively, "Defendants") hereby stipulate and agree to dismiss the instant action without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees in this action and shall abide by the terms and conditions entered into between the parties in their agreement resolving this action.

Dated: July 3, 2014    Respectfully submitted,

By: */s/ Michael E. Williams*    By: */s/ Sean Kiley*

Attorneys for Plaintiff DIRECTV, LLC

Attorneys for Defendants DISH ONE SATELLITE, LLC; MICHAEL HAMMOND; JEREMY HAMMOND; ALEXANDER AMINI; BLAKE JANSON; and CODY YARDLEY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
  ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alicia Veglia (Bar No. 291070)
  aliciaveglia@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

COBLENTZ PATCH DUFFY & BASS LLP
  Richard R. Patch (Bar No. 88049)
  ef-rrp@cpdb.com
  Sean Kiley (Bar No. 282075)
  ef-smk@cpdb.com
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663